States.

No. 334, Misc. PETERSON v. CLARK, ATTORNEY GEN-ERAL. C. A. D. C. Cir. Certiorari denied. *Solicitor General Marshall* for respondent.

No. 360, Misc. VIDA v. SARTWELL, WARDEN. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 390, Misc. MORTON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 410, Misc. HELTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 489, Misc. WALTENBERG v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 21, Misc. EVANS ET AL. v. LOUISIANA. Sup. Ct. La. Certiorari denied. *G. Wray Gill, Sr.,* for petitioners. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Assistant Attorney General, and *Jim Garrison* for respondent.

No. 52, Misc. LITTLETON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Crawford C. Martin,* Attorney General of Texas, *George Cowden,* First Assistant Attorney General, *Robert Lattimore* and *Howard M. Fender,*

Assistant Attorneys General, and *A. J. Carubbi, Jr.*, for respondent.

No. 101, Misc. MEARS, AKA SCOTT *v.* NEVADA. Sup. Ct. Nev. Certiorari denied. *Melvin Schaengold* for petitioner. *Harvey Dickerson,* Attorney General of Nevada, and *William J. Raggio* for respondent.

No. 164, Misc. ELI *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Daniel B. Hunter* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *S. Clark Moore,* Deputy Attorney General, for respondent.

No. 77, Misc. HANSEN *v.* BURKE, WARDEN. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEWART would grant certiorari, vacate the judgment, and remand the case to the District Court for consideration of petitioner's claims in light of *Klopfer* v. *North Carolina,* 386 U. S. 213.

No. 116, Misc. SILVERS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Sigmund J. Beck* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 118, Misc. TUCKER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Thomas M. Collins* for petitioner. *Solicitor General Marshall, Assistant Attorney General*